**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| MACROSOLVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> (1)  ANTENNA SOFTWARE, INC.; <br> (2)  CENGEA SOLUTIONS, INC.; <br> (3)  DATA SYSTEMS INTERNATIONAL, INC.; <br> (4)  ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE, INC.; <br> (5)  INVENSYS SYSTEMS, INC. (d/b/a INVENSYS OPERATIONS MANAGEMENT); <br> (6)  TRUECONTEXT MOBILE SOLUTIONS CORPORATION; <br> (7)  SPRING WIRELESS USA, INC.; <br> (8)  ZERION SOFTWARE, INC.; <br> (9)  BIZSPEED, INC.; <br> (10) SYCLO, L.L.C.; <br> (11) XORA, INC.; <br> (12) SPIRA DATA CORP.; <br> (13) SURVEY ANALYTICS LLC; <br> (14) THE DATAMAX SOFTWARE GROUP INC.; <br> (15) VENTYX INC.; <br> (16) AIR2WEB INC.; <br> (17) GENERAL DATA COMPANY, INC.; <br> (18) REALTIME RESULTS, LLC; <br> (19) MILLENIUM INFORMATION TECHNOLOGY, INC. (d/b/a MIT SYSTEMS, INC.); and <br> (20) AGILIS SYSTEMS, LLC, <br><br> Defendants. | CIVIL ACTION NO. 6:11-cv-287 <br><br> **JURY TRIAL DEMANDED** |

**ANSWER TO COUNTERCLAIMS OF REALTIME RESULTS, LLC**

Based on its own knowledge with respect to itself and its own actions and based on information and belief as to all other matters, Plaintiff MacroSolve, Inc. ("MacroSolve") answers the counterclaims of Realtime Results, LLC ("Realtime Results") as follows:

### The Parties

1. Admitted.
2. Admitted.

### Jurisdiction and Venue

3. Admitted.
4. Admitted that this Court has personal jurisdiction over MacroSolve for purposes of Realtime Results' declaratory judgment counterclaims. Otherwise denied.
5. Admitted.

### First Counterclaim

6. In response to Realtime Results' re-alleging and incorporating by reference the averments contained in its Answer, MacroSolve incorporates by reference the allegations contained in its original complaint and otherwise denies any remaining allegations, including any allegations contained in Realtime Results' affirmative defenses. In response to Realtime Results' re-alleging and incorporating by reference the averments contained in paragraphs 1-5 of its Counterclaims, MacroSolve incorporates by reference paragraphs 1-5 of this answer.
7. Denied.

### Second Counterclaim

8. In response to Realtime Results' re-alleging and incorporating by reference the averments contained in its Answer, MacroSolve incorporates by reference the allegations contained in its original complaint and otherwise denies any remaining allegations, including any allegations contained in Realtime Results' affirmative defenses. In response to Realtime Results' re-alleging and incorporating by reference the averments contained in paragraphs 1-7 of its Counterclaims, MacroSolve incorporates by reference paragraphs 1-7 of this answer.
9. Denied.

### Realtime Results' Prayer For Relief

MacroSolve denies that Realtime Results is entitled to any of the relief sought in its Prayer for Relief.

### JURY DEMAND

MacroSolve hereby requests a trial by jury on all issues so triable by right.

Dated: August 18, 2011              Respectfully submitted,

   /s/  Matthew J. Antonelli
Matthew J. Antonelli (lead attorney)
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
ANTONELLI, HARRINGTON &
THOMPSON LLP
4200 Montrose Blvd., Ste. 430
Houston, TX 77006
(713) 581-3000

Attorneys for MacroSolve, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 18th day of August 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      /Matthew J. Antonelli
      Matthew Antonelli