# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| MACROSOLVE, INC., | |
| Plaintiff, | |
| | CIVIL ACTION NO. 6:11-cv-287 |
| v. | |
| (1)    ANTENNA SOFTWARE, INC.; | **JURY TRIAL DEMANDED** |
| (2)    CENGEA SOLUTIONS, INC.; | |
| (3)    DATA SYSTEMS INTERNATIONAL, INC.; | |
| (4)    ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE, INC.; | |
| (5)    INVENSYS SYSTEMS, INC. (d/b/a INVENSYS OPERATIONS MANAGEMENT); | |
| (6)    TRUECONTEXT MOBILE SOLUTIONS CORPORATION; | |
| (7)    SPRING WIRELESS USA, INC.; | |
| (8)    ZERION SOFTWARE, INC.; | |
| (9)    BIZSPEED, INC.; | |
| (10)  SYCLO, L.L.C.; | |
| (11)  XORA, INC.; | |
| (12)  SPIRA DATA CORP.; | |
| (13)  SURVEY ANALYTICS LLC; | |
| (14)  THE DATAMAX SOFTWARE GROUP INC.; | |
| (15)  VENTYX INC.; | |
| (16)  AIR2WEB INC.; | |
| (17)  GENERAL DATA COMPANY, INC.; | |
| (18)  REALTIME RESULTS, LLC; | |
| (19)  MILLENIUM INFORMATION TECHNOLOGY, INC. (d/b/a MIT SYSTEMS, INC.); and | |
| (20)  AGILIS SYSTEMS, LLC, | |
| Defendants. | |

## ANSWER TO COUNTERCLAIMS OF SYCLO, LLC

Based on its own knowledge with respect to itself and its own actions and based on information and belief as to all other matters, Plaintiff MacroSolve, Inc. ("MacroSolve") answers the counterclaims of Syclo, L.L.C. ("Syclo") as follows:

## Nature of the Action

56.     Admitted that Syclo declaratory judgment counterclaims seek, but denied that Syclo is entitled to, declaratory judgments of non-infringement and invalidity of the 816 patent.  Otherwise denied.

## The Parties

57.     Admitted.

58.     Admitted.

## Jurisdiction and Venue

59.     Admitted that this court has subject matter jurisdiction for purposes of Syclo's declaratory judgment counterclaims.  Otherwise denied.

60.     Admitted that this Court has personal jurisdiction over MacroSolve for purposes of Syclo's declaratory judgment counterclaims.  Otherwise denied.

61.     Admitted that venue is proper in this district for purposes of Syclo's declaratory judgment counterclaims.  Otherwise denied.

**First Counterclaim**

62.     In response to Syclo's re-alleging and incorporating by reference the allegations of paragraphs 1-47 of its answer, MacroSolve  incorporates by references paragraphs 1-47 of its original complaint and otherwise denies any remaining allegations. In response to Syclo's re-alleging and incorporating by reference the allegations of paragraphs 48-55 of its affirmative defenses, MacroSolve denies each defense and otherwise denies any remaining allegations.  In response to Syclo's re-alleging and incorporating by reference paragraphs 56-61 of its counterclaims, MacroSolve incorporates by reference paragraphs 56-61 of this answer.

63.     Admitted.

64.     Denied.

65.     Admitted.

66.     Admitted that Syclo seeks, but denied that Syclo is entitled to, a declaratory judgment that it does not infringe any claim of the 816 patent.

**Second Counterclaim**

67.     In response to Syclo's re-alleging and incorporating by reference the allegations of paragraphs 1-47 of its answer, MacroSolve  incorporates by references paragraphs 1-47 of its original complaint and otherwise denies any remaining allegations. In response to Syclo's re-alleging and incorporating by reference the allegations of paragraphs 48-55 of its affirmative defenses, MacroSolve denies each defense and otherwise denies any remaining allegations.  In response to Syclo's re-alleging and incorporating by reference paragraphs 56-61 of its counterclaims, MacroSolve incorporates by reference paragraphs 56-61 of this answer.

68.     Denied.

69.     Admitted.

70.     Admitted that Syclo seeks, but denied that Syclo is entitled to, a declaratory judgment that the claims of the 816 patent are invalid.

**Syclo's Prayer For Relief**

MacroSolve denies that Syclo is entitled to any of the relief sought in its Prayer for Relief.

## JURY DEMAND

MacroSolve hereby requests a trial by jury on all issues so triable by right.

Dated: August 18, 2011

Respectfully submitted,

 /s/  Matthew J. Antonelli
Matthew J. Antonelli (lead attorney)
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
ANTONELLI, HARRINGTON &
THOMPSON LLP
4200 Montrose Blvd., Ste. 430
Houston, TX 77006
(713) 581-3000

Attorneys for MacroSolve, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/Matthew J. Antonelli
Matthew Antonelli