UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MACROSOLVE, INC.,<br>    Plaintiff,<br> v.<br>ANTENNA SOFTWARE, INC., et al.<br>    Defendants. | CIVIL ACTION NO.: 6:11-cv-00287 |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Environmental Systems Research Institute, Inc. ("ESRI"), files this Notice of Appearance, and hereby notifies the Court that Darryl M. Woo of the law firm of Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, California 94104, Telephone (415) 875-2300, Facsimile (415) 281-1350, email: dwoo@fenwick.com, has entered this action as counsel for ESRI for all purposes, including receiving notices and orders from the Court.

Dated: August 19, 2011   FENWICK & WEST LLP

               By:  */s/ Darryl M. Woo*
                  Darryl M. Woo (CSB No. 100513)
                  (Admitted E.D. Texas)
                  FENWICK & WEST LLP
                  555 California Street, 12th Floor
                  San Francisco, CA 94104
                  Telephone: (415) 875-2300
                  Facsimile: (415) 281-1350

                  Attorneys for Defendant
                  ENVIRONMENTAL SYSTEMS
                  RESEARCH INSTITUTE, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2011, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/Darryl M. Woo
Darryl M. Woo