

# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:11-cv-287

Name of party requesting extension: Antenna Software, Inc.

Is this the first application for extension of time in this case?
- [ ] Yes
- [✓] No

If no, please indicate which application this represents:
- [ ] Second
- [✓] Third
- [ ] Other _____

Date of Service of Summons:

Number of days requested:
- [ ] 30 days
- [✓] 15 days
- [ ] Other ____ days

New Deadline Date: 9/12/2011   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Chris P. Perque
State Bar No.: 24005828
Firm Name: Gardere Wynne Sewell LLP
Address: 1000 Louisiana, Suite 3400
Houston TX 77044

Phone: 713-276-5020
Fax: 713-276-6020
Email: cperque@gardere.com

A certificate of conference does not need to be filed with this unopposed application.

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5(a)(3)(A), I certify that a true and correct copy of the foregoing document has been served via electronic means to all counsel of record, including the following counsel for Plaintiff:

Matthew J. Antonelli
Zachariah S. Harrington
Larry D. Thompson, Jr.
ANTONELLI, HARRINGTON & THOMPSON LLP
4200 Montrose Blvd., Suite 430
Houston, TX 77006

/s/ Chris P. Perque