UAET (02-2008)



Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.:   6:11-CV-287
Name of party requesting extension:   Zerion Software, Inc.
Is this the first application for extension of time in this case?   ☐ Yes
    ☑ No

If no, please indicate which application this represents:   ☐ Second
    ☑ Third
    ☐ Other _____

Date of Service of Summons: 06/09/2011
Number of days requested:   ☑ 30 days
    ☐ 15 days
    ☐ Other _____ days

New Deadline Date: 09/30/2011   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: William M. Ragland, Jr. - Attorney for Zerion Software
State Bar No.: 591888 (Georgia)
Firm Name: Womble Carlyle Sandridge & Rice, PLLC
Address: 271 17th Street, NW
    Suite 2400
    Atlanta, GA 30363
Phone: 404-888-7466
Fax:  404-870-2401
Email: wragland@wcsr.com

A certificate of conference does not need to be filed with this unopposed application.