**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| MACROSOLVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANTENNA SOFTWARE, INC., ET AL. <br><br> Defendants. | CIVIL ACTION NO. 6:11-cv-287 <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEFENDANT AIR2WEB'S
TIME TO ANSWER OR OTHERWISE RESPOND**

Having considered Plaintiff's unopposed motion for an order extending Defendant Air2Web Inc.'s deadline to answer or otherwise respond to the Complaint to September 15, 2011, and finding good cause, the Court hereby ORDERS that the motion is GRANTED.

**So ORDERED and SIGNED this 29th day of August, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**