UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:11 cv 287 LED
Name of party requesting extension: Spring Wireless USA, Inc.
Is this the first application for extension of time in this case?  ☐ Yes   ☑ No

If no, please indicate which application this represents:  ☐ Second   ☑ Third   ☐ Other _____

Date of Service of Summons: 06/09/2011
Number of days requested:  ☑ 30 days   ☐ 15 days   ☐ Other ____ days
New Deadline Date: 10/01/2011  *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Christopher C. Campbell
State Bar No.: Va. State Bar No. 36244
Firm Name: Cooley LLP
Address: 11951 Freedom Drive
    Reston, Virginia 20190-5656

Phone: 703 456-8000
Fax:   703 456-8100
Email: ccampbell@cooley.com

A certificate of conference does not need to be filed with this unopposed application.