**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

MACROSOLVE, INC.,

     *Plaintiff*

vs.

SYCLO, LLC., *et al.*,

     *Defendants*

Civil Action No. 6:11-cv-287

JURY TRIAL DEMANDED

**SYCLO, LLC'S RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant and Counterclaim Plaintiff

Syclo LLC hereby states it has no parent corporation and no publicly-held corporation owns 10%

or more of its stock.

Dated: September 1, 2011

Respectfully submitted,

**POTTER MINTON
A Professional Corporation**

By:  */s/ Douglas R. McSwane, Jr.*
    Douglas R. McSwane, Jr.
    Texas State Bar No. 13861300
    dougmcswane@potterminton.com
    500 Plaza Tower
    110 N. College Ave. (75702)
    P.O. Box 359
    Tyler, Texas 75710
    Telephone: 903-597-8311
    Facsimile: 903-593-0846

Robert M. Masters
robmasters@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.,
Washington, D.C. 20005
Telephone: 202-551-1700
Facsimile: 202-551-1705

Elizabeth L. Brann
elizabethbrann@paulhastings.com
Bob B. Chen
bobchen@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive
12th Floor
San Diego, CA 92121
Telephone: 858-458-3000
Facsimile: 858-458-3005

*Attorneys for Syclo, LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 1st day of September, 2011. Any other counsel of record will be served by first class U.S. mail on this same date.

*/s/ Douglas R. McSwane, Jr.*
Douglas R. McSwane, Jr.