**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| MACROSOLVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANTENNA SOFTWARE, INC., ET AL. <br><br> Defendants. | CIVIL ACTION NO. 6:11-cv-287 <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF SETTLEMENT AS TO CENGEA SOLUTIONS, INC.**

Plaintiff MacroSolve, Inc. hereby notifies the Court that it has settled its claims against Defendant Cengea Solutions, Inc. ("Cengea"). MacroSolve expects to file dismissal documents as to Cengea within forty-five days.

Dated: September 1, 2011

Respectfully submitted,

/s/ Larry D. Thompson, Jr.
Matthew J. Antonelli (lead counsel)
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
ANTONELLI, HARRINGTON &
THOMPSON LLP
4200 Montrose Blvd, Suite 430
Houston, TX 77006
(713) 581-3000
(713) 581-3020 fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

 /s/ Larry D. Thompson, Jr.
Larry D. Thompson, Jr.