# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| MACROSOLVE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 6:11-cv- 287 |
| | ) | |
| ANTENNA SOFTWARE, INC. et al. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## DEFENDANT AGILIS SYSTEMS, LLC
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Agilis Systems, LLC, makes the following disclosure under Rule 7.1 of the Federal Rules of Civil Procedure:

1. Defendant Agilis Systems, LLC is a corporation organized under the laws of the State of Delaware, with a principal place of business at 12747 Olive Blvd., Suite 200; Saint Louis, MO 63141.

2. Defendant Agilis Systems, LLC is owned by Gilead Group, LLC. No publicly held corporation owns 10% or more of Defendant Agilis Systems, LLC.

Respectfully Submitted,

POLSTER, LIEDER, WOODRUFF & LUCCHESI, L.C.

By: /s/ Nelson D. Nolte
   Nelson D. Nolte- EDMO # 53470- *pro hac vice*
   12412 Powerscourt Dr., STE 200
   St. Louis, MO 63131
   PH: (314) 238-2400
   F: (314) 238-2401
   nnolte@polsterlieder.com
   ***ATTORNEYS FOR AGILIS SYSTEMS, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2011, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

>Mathew J. Antonelli
>Zachariah S. Harrington
>Larry D. Thompson, Jr.
>ANTONELLIE, HARRINGTON & THOMPSON LLP
>4200 Montross Blvd., Ste. 430
>Houston, TX 77006
>(713) 581-3000
>matt@ahtlawfirm.com
>zac@ahtlawfirm.com
>larry@ahtlawfirm.com

***ATTORNEYS FOR PLAINTIFF MACROSOLVE, INC.***

And all other attorneys of record.

/s/Nelson D. Nolte