# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| MACROSOLVE, INC. | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 6:11-cv- 287 |
| ANTENNA SOFTWARE, INC. et al. | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## DEFENDANT REALTIME RESULTS, LLC
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Realtime Results, LLC, makes the following disclosure under Rule 7.1 of the Federal Rules of Civil Procedure:

1. Defendant Realtime Results, LLC is a limited liability company organized under the laws of the state of Delaware, with a principal place of business at 12444 Powerscourt Dr., Suite 375; St. Louis, MO 63131.

2. Defendant Realtime Results, LLC is owned by Gilead Group, LLC, and no publicly held company owns 10% or more of Defendant Realtime Results, LLC.

    Respectfully Submitted,

    POLSTER, LIEDER, WOODRUFF & LUCCHESI, L.C.

By: /s/ Nelson D. Nolte
    Nelson D. Nolte- EDMO # 53470- *pro hac vice*
    12412 Powerscourt Dr., STE 200
    St. Louis, MO 63131
    PH: (314) 238-2400
    F: (314) 238-2401
    nnolte@polsterlieder.com
    ***ATTORNEYS FOR Realtime Results, LLC***

# CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2011, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

>Mathew J. Antonelli
>Zachariah S. Harrington
>Larry D. Thompson, Jr.
>ANTONELLIE, HARRINGTON & THOMPSON LLP
>4200 Montross Blvd., Ste. 430
>Houston, TX 77006
>(713) 581-3000
>matt@ahtlawfirm.com
>zac@ahtlawfirm.com
>larry@ahtlawfirm.com
>
>***ATTORNEYS FOR PLAINTIFF MACROSOLVE, INC.***

And all other attorneys of record.

*/s/Nelson D. Nolte*