# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MACROSOLVE, INC., | ) Civil Action No.: 6:11-cv-00287-LED |
| Plaintiff/Counterclaim-Defendant, | ) Judge Leonard E. Davis |
| v. | ) |
| VENTYX INC., et al. | ) |
| Defendants/Counterclaim-Plaintiffs | ) |

## VENTYX INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant and Counterclaim Plaintiff Ventyx Inc. hereby states that it is owned 100% by ABB Inc.

DATED: September 2, 2011

/s/ Steven M. Auvil
Steven M. Auvil (Lead Attorney)
Ohio Bar No. 0063827
(Admitted E.D. Texas)
sauvil@beneschlaw.com
Denis Ticak
Ohio Bar No. 0082983
(Admitted E.D. Texas)
dticak@beneschlaw.com
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF, LLP**
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588

Attorneys for Defendant
**VENTYX INC.**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 2, 2011. Any other counsel of record will be served by first class mail.

                                              /s/ Steven M. Auvil  
                                              Steven M. Auvil