# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| MACROSOLVE, INC., <br><br>       Plaintiff, <br>v. <br><br>(1)  ANTENNA SOFTWARE, INC.; <br>(2)  CENGEA SOLUTIONS, INC.; <br>(3)  DATA SYSTEMS INTERNATIONAL, INC.; <br>(4)  ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE, INC.; <br>(5)  INVENSYS SYSTEMS, INC. (d/b/a INVENSYS OPERATIONS MANAGEMENT); <br>(6)  TRUECONTEXT MOBILE SOLUTIONS CORPORATION; <br>(7)  SPRING WIRELESS USA, INC.; <br>(8)  ZERION SOFTWARE, INC.; <br>(9)  BIZSPEED, INC.; <br>(10) SYCLO, L.L.C.; <br>(11) XORA, INC.; <br>(12) SPIRA DATA CORP.; <br>(13) SURVEY ANALYTICS LLC; <br>(14) THE DATAMAX SOFTWARE GROUP INC.; <br>(15) VENTYX INC.; <br>(16) AIR2WEB INC.; <br>(17) GENERAL DATA COMPANY, INC.; <br>(18) REALTIME RESULTS, LLC; <br>(19) MILLENIUM INFORMATION TECHNOLOGY, INC. (d/b/a MIT SYSTEMS, INC.); and <br>(20) AGILIS SYSTEMS, LLC, , <br><br>       Defendants. | CIVIL ACTION NO.: 6:11-CV-287 <br><br><br><br>**JURY TRIAL DEMANDED** |

### ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE, INC.'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Environmental

Systems Research Institute, Inc., by its undersigned counsel, hereby certifies that there are no

parents, trusts, subsidiaries and/or affiliates that have issued shares or debt securities to the public and that Environmental Systems Research Institute, Inc. is not a publicly traded company.

Dated: September 6, 2011　　　　　　　　FENWICK & WEST LLP

　　　　　　　　　　　　　　　　　　　　By: _____/s/ Darryl M. Woo_____
　　　　　　　　　　　　　　　　　　　　　　Darryl M. Woo (CSB No. 100513)
　　　　　　　　　　　　　　　　　　　　　　(Admitted E.D. Texas)
　　　　　　　　　　　　　　　　　　　　　　dwoo@fenwick.com
　　　　　　　　　　　　　　　　　　　　　　Michael J. Sacksteder (CSB No. 191605)
　　　　　　　　　　　　　　　　　　　　　　(Admitted E.D. Texas)
　　　　　　　　　　　　　　　　　　　　　　msacksteder@fenwick.com
　　　　　　　　　　　　　　　　　　　　　　Saina S. Shamilov (CSB No. 215636)
　　　　　　　　　　　　　　　　　　　　　　(Admitted E.D. Texas)
　　　　　　　　　　　　　　　　　　　　　　sshamilov@fenwick.com

　　　　　　　　　　　　　　　　　　　　　　555 California Street, 12th Floor
　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　　　　　Telephone: (415) 875-2300
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (415) 281-1350

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant and Counterclaimant
　　　　　　　　　　　　　　　　　　　　　　ENVIRONMENTAL SYSTEMS RESEARCH
　　　　　　　　　　　　　　　　　　　　　　INSTITUTE, INC.

**CERTIFICATE OF SERVICE**

　　　　　I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 6th day of September, 2011. Any other counsel of record will be served by first class U.S. mail on this same date.

　　　　　　　　　　　　　　　　　　　　　　_____/s/Darryl M. Woo_____
　　　　　　　　　　　　　　　　　　　　　　Darryl M. Woo