IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MACROSOLVE, INC.,<br>  Plaintiff,<br><br>v.<br><br>ANTENNA SOFTWARE, INC., ET AL<br>  Defendants. | CIVIL ACTION NO. 6:11-cv-287 LED<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING DEFENDANT BIZSPEED, INC.'S UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Having considered Defendant Bizspeed, Inc.'s Unopposed Third Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, the Court hereby GRANTS said Motion.

It is therefore ORDERED that Defendant Bizspeed, Inc. shall have up to and including October 6, 2011 to answer or otherwise respond to Plaintiff's Complaint.

**So ORDERED and SIGNED this 6th day of September, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**