**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| MACROSOLVE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>(1)  ANTENNA SOFTWARE, INC.;<br>(2)  CENGEA SOLUTIONS, INC.;<br>(3)  DATA SYSTEMS INTERNATIONAL, INC.;<br>(4)  ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE, INC.;<br>(5)  INVENSYS SYSTEMS, INC. (d/b/a INVENSYS OPERATIONS MANAGEMENT);<br>(6)  TRUECONTEXT MOBILE SOLUTIONS CORPORATION;<br>(7)  SPRING WIRELESS USA, INC.;<br>(8)  ZERION SOFTWARE, INC.;<br>(9)  BIZSPEED, INC.;<br>(10) SYCLO, L.L.C.;<br>(11) XORA, INC.;<br>(12) SPIRA DATA CORP.;<br>(13) SURVEY ANALYTICS LLC;<br>(14) THE DATAMAX SOFTWARE GROUP INC.;<br>(15) VENTYX INC.;<br>(16) AIR2WEB INC.;<br>(17) GENERAL DATA COMPANY, INC.;<br>(18) REALTIME RESULTS, LLC;<br>(19) MILLENIUM INFORMATION TECHNOLOGY, INC. (d/b/a MIT SYSTEMS, INC.); and<br>(20) AGILIS SYSTEMS, LLC,<br><br>    Defendants. | CIVIL ACTION NO. 6:11-cv-287<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT TRUECONTEXT MOBILE SOLUTIONS CORPORATION'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant TrueContext Mobile Solutions Corporation ("TrueContext") files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following:

TrueContext is a Canadian corporation.  TrueContext does not have a parent corporation and no publicly held corporation owns ten percent (10%) or more of TrueContext's stock.

Dated:  September 13, 2011

Respectfully submitted,

By: /s/ J. Thad Heartfield
    J. Thad Heartfield
    Texas Bar No. 09346800
    Email: thad@jth-law.com
    M. Dru Montgomery
    Texas Bar No. 24010800
    Email: dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: 409-866-3318
Facsimile: 409-866-5789

COUNSEL FOR DEFENDANT,
TRUECONTEXT MOBILE SOLUTIONS
CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 13th day of September, 2011.  Any other counsel of record will be served by first class mail.

    /s/ J. Thad Heartfield
    J. Thad Heartfield