UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:11-cv-287

Name of party requesting extension: Zerion Software, Inc.

Is this the first application for extension of time in this case?
- [ ] Yes
- [✓] No

If no, please indicate which application this represents:
- [ ] Second
- [ ] Third
- [✓] Other  Fourth

Date of Service of Summons: 06/09/2011

Number of days requested:
- [✓] 30 days
- [ ] 15 days
- [ ] Other _____ days

New Deadline Date: 10/31/2011    *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: William M. Ragland, Jr. Attorney for Zerion Software

State Bar No.: 591888 (Georgia)

Firm Name: Womble Carlyle Sandridge & Rice, PLLC

Address: 271 17th Street NW, Suite 2400, Atlanta, GA 30363

Phone: 404-888-7466

Fax: 404-870-2401

Email: wragland@wcsr.com

A certificate of conference does not need to be filed with this unopposed application.