**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| MACROSOLVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANTENNA SOFTWARE, INC., ET AL. <br><br> Defendants. | CIVIL ACTION NO. 6:11-cv-287 <br><br> **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL OF CENGEA SOLUTIONS, INC.

In light of the settlement agreement between Plaintiff MacroSolve, Inc. ("MacroSolve") and Defendant Cengea Solutions, Inc. ("Cengea") and MacroSolve's Notice of Dismissal, it is hereby ORDERED that all claims by MacroSolve against Cengea in this action are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**So ORDERED and SIGNED this 29th day of September, 2011.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**