# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| MACROSOLVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANTENNA SOFTWARE, INC., ET AL., <br><br> Defendants. | CIVIL ACTION NO. 6:11-cv-287 <br><br> **JURY TRIAL DEMANDED** |

## ANSWER TO COUNTERCLAIMS OF DATAMAX SOFTWARE GROUP, INC.

Based on its own knowledge with respect to itself and its own actions and based on information and belief as to all other matters, Plaintiff MacroSolve, Inc. ("MacroSolve") answers the counterclaims of DataMAX Software Group, Inc. ("DataMAX") as follows:

### The Parties

1. Admitted that DataMax is a California corporation. Otherwise denied.
2. Admitted.

### Jurisdiction and Venue

3. Admitted.
4. Admitted that venue is proper in this court for DataMAX's counterclaims. Otherwise denied.

### First Counterclaim

5. Admitted.
6. Denied.

### Second Counterclaim

7. Admitted.
8. Denied.

### DataMAX's Prayer For Relief

MacroSolve denies that DataMAX is entitled to any of the relief sought in its Prayer for Relief.

### JURY DEMAND

MacroSolve hereby requests a trial by jury on all issues so triable by right.

Dated: October 3, 2011                     Respectfully submitted,

   /s/ Matthew J. Antonelli
Matthew J. Antonelli (lead attorney)
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428

1

2

larry@ahtlawfirm.com
ANTONELLI, HARRINGTON &
THOMPSON LLP
4200 Montrose Blvd., Ste. 430
Houston, TX 77006
(713) 581-3000

Attorneys for MacroSolve, Inc.

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of October 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                    /Matthew J. Antonelli
                                    Matthew Antonelli