UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MACROSOLVE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:11-cv-00686-LED |
| | ) | |
| AVIS RENT A CAR SYSTEM, LLC, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO DISMISS AVIS RENT A CAR SYSTEM, LLC

Pursuant to a settlement agreement, Plaintiff MacroSolve, Inc. ("MacroSolve") and Defendant Avis Rent A Car System, LLC ("Avis") file this joint motion to dismiss with prejudice all claims and counterclaims made against each other in this action. Each party shall bear its own attorneys' fees and costs. A proposed order is attached.

Dated: February 1, 2013

Respectfully submitted,

/s/ Califf T. Cooper
Matthew J. Antonelli (lead counsel)
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
ANTONELLI, HARRINGTON &
THOMPSON LLP
4200 Montrose Blvd, Suite 430
Houston, TX 77006
(713) 581-3000
(713) 581-3020 fax

*Attorneys for MacroSolve, Inc.*

- 2 -

       */s/* Kimberly A. Warshawsky
       Mary-Olga Lovett
       lovettm@gtlaw.com
       Attorney in Charge
       Christopher C. Miller
       millerc@gtlaw.com
       State Bar No. 00789289
       GREENBERG TRAURIG, LLP
       1000 Louisiana Street, Suite 1700
       Houston, Texas 77002
       Telephone: 713-374-3541
       Telecopier: 713-374-3505

       Michael A. Nicodema, *pro hac vice* application pending
       nicodemam@gtlaw.com
       GREENBERG TRAURIG, LLP
       200 Park Avenue
       PO Box 677
       Florham Park, New Jersey 07932
       Telephone: 973-360-7900
       Telecopier: 973-301-8410

       Kimberly A. Warshawsky
       warshawskyk@gtlaw.com
       GREENBERG TRAURIG, LLP
       2375 East Camelback Road, Suite 700
       Phoenix, Arizona 85016
       Telephone: 602-445-8000
       Telecopier: 602-445-8100


       ATTORNEYS FOR DEFENDANT
       AVIS RENT A CAR SYSTEM, LLC

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of February, 2013 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/  Califf T. Cooper
Califf T. Cooper

## CERTIFICATE OF CONFERENCE

      I hereby certify that I have complied with Local Rule CV-7.  Specifically, I have conferred with counsel for Defendant who has confirmed that Defendant desires that this motion be filed jointly.

/s/  Califf T. Cooper
Califf T. Cooper

- 3 -