# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **MACROSOLVE, INC.,** | **Case No. 6:11-cv-287 MHS-KNM** |
| Plaintiff, | |
| vs. | **CONSOLIDATED LEAD CASE** |
| **ANTENNA SOFTWARE, INC., et. al.,** | |
| Defendants. | |

| | |
|---|---|
| **MACROSOLVE, INC.** | **Case No. 6:12-cv-46 MHS-KNM** |
| Plaintiff, | |
| vs. | **MEMBER CASE** |
| **NEWEGG INC.** | |
| Defendant. | |

**DECLARATION OF KENT E. BAULDAUF, JR. IN SUPPORT OF DEFENDANT
NEWEGG INC.'S OPPOSED MOTION FOR ENTRY OF ITS BILL OF COSTS**

I, Kent E. Baldauf, Jr., declare as follows:

1.      I am counsel for Defendants Newegg, Inc. ("Newegg").  I submit this declaration in support of Newegg's Bill of Costs in accordance with 28 U.S.C. § 1924.  I have personal knowledge of the matters set forth in this declaration.

2.      I have reviewed the items claimed in Newegg's Bill of Costs.  I hereby verify that they are correct to the best of my knowledge, they have been necessarily incurred in this action, and that the services for which fees have been charged were actually and necessarily performed.

3.      The costs enumerated in Newegg's Bill of Costs and detailed below are allowed by law, are correctly stated, and were necessarily incurred in the case.

4.      Newegg incurred costs of **$16,656.58** in deposition transcript costs, which were necessarily obtained for use in this case.  Those costs are summarized as follows:

| Deposition | Fee |
|---|---|
| Deposition of James McGill, Date:  June 11, 2013 | $925.15 |
| Deposition of Lee Cheng (October 15, 2013) and Lucy Huo (October 15, 2013) (invoiced together) | $1,788.82 |
| Deposition of Lee Cheng (October 15, 2013) and Lucy Huo (October 15, 2013) *(invoiced together)* (VIDEO) | $682.50 |
| Deposition of Soren Mills, Date:  October 16, 2013 | $346.33 |
| Deposition of Michael C. Payne, Date:  October 29, 2013 | $1,039.70 |
| Deposition of Michael C. Payne, Date:  October 29, 2013 (VIDEO) | $1,132.25 |
| Deposition of Kendall Carpenter, Date:  November 12, 2013 and Deposition of James McGill, Date:  November 12 and 13, 2013*(invoiced together)* | $826.45 |
| Deposition of Kendall Carpenter, Date:  November 12, 2013 and Deposition of James McGill, Date:  November 12 and 13, 2013*(invoiced together)* (VIDEO) | $455.50 |
| Deposition of James McGill, Date:  December 11, 2013, Deposition of Kendall Carpenter, Date:  December 11, 2013, and Deposition of John Chandler Hale, Date December 12, 2013 *(invoiced together)* | $2,114.85 |
| Deposition of James McGill, Date:  December 11, 2013, Deposition of Kendall Carpenter, Date:  December 11, 2013, and Deposition of John Chandler Hale, Date December 12, 2013 *(invoiced together)* (VIDEO) | $962.75 |
| Deposition of Justin R. Blok, Date:  January 3, 2014 | $1,136.40 |
| Deposition of Sharon Gong, Date:  January 9, 2014 | $339.03 |

| Deposition | Fee |
|---|---|
| Deposition of Brandon Burton/30(b)(6) of Dri-Eaz, Date:  January 21, 2014 | $1,821.50 |
| Deposition of Brandon Burton/30(b)(6) of Dri-Eaz, Date:  January 21, 2014 (VIDEO) | $1,614.75 |
| Deposition of John Chandler Hale, Ph.D., Date:  February 5, 2014 | $1,055.60 |
| Deposition of John Chandler Hale, Ph.D., Date:  February 5, 2014 (VIDEO) | $415.00 |
| **Total** | **$16,656.58** |

Attached hereto as Exhibit B-1 are true and correct copies of invoices reflecting these costs.

5.      Each of the above-noted deposition transcripts was, in my judgment, necessarily obtained for use in this case.  Reasons for this are provided in more detail in the accompanying motion.

6.      Newegg incurred **$4,307.75** in exemplification and copy costs, which included imaging and electronically processing documents for production in accordance with the requirements of the governing ESI Order, as summarized below:

| Description | Fee |
|---|---|
| September 4, 2012  Invoice from CLICKS | $2,426.88 |
| September 11, 2012 Invoice from CLICKS | $164.90 |
| October 12, 2102 Invoice from CLICKS | $22.20 |
| October 10, 2012 Invoice from CLICKS | $307.17 |
| October 10, 2013 Invoice from CLICKS | $197.88 |
| November 21, 2013 Invoice from CLICKS | $1,188.72 |
| **Total** | **$4,307.75** |

Attached hereto as Exhibit B-2 are true and correct copies of invoices reflecting these costs.  Newegg is not requesting that all items identified in these invoices be taxed, and the

excluded items have been struck through in the attached invoices and subtracted (along with the associated sales tax) from the invoice amount to arrive at the figures shown above.

      7.     The costs identified in the table above include charges incurred to convert electronic files received from Newegg in native format into single page TIFF files for production to opposing counsel.  Based on information provided by the vendor responsible for this project (CLICKS), the following invoice entries reflect the conversion of native files into single page TIFF files:  Invoice #1156256--"ESI Processing (w/metadata);" Invoice #1156667--"Convert PDF to TIFF;" Invoice #1161722--"ESI Processing – Conversion w/ Text;" Invoice #1162270--"ESI Processing (Image Production)."

      8.     Newegg incurred the cost of a Court appointed technical advisor in the amount of $**5,896.62** as summarized below:

| Description | Fees |
|---|---|
| Scott Wolson, Esq. (Order dated 09/30/2013) (Dkt. 447) | $5,718.49 |
| Scott Woloson, Esq. (Order dated 01/22/2014) (Dkt. 494) | $178.13 |
| **Total** | **$5,896.62** |

Included in Exhibit B-3, attached hereto, are the Orders (Dkts. No. 447 and 494) ordering payment to Technical Consultant to the Court Scott Woloson.

      9.     Newegg seeks a total of **$26,860.95** in its Bill of Costs.  The costs set out in Newegg's Bill of Costs are reasonable and were necessarily incurred by Newegg in this case. Moreover, the services for which Newegg seeks costs were actually and necessarily performed.

I declare that the foregoing is true and correct.  Executed on this 27th day of March, 2014 in Pittsburgh, Pennsylvania.


*/s/ Kent E. Baldauf, Jr.*
Kent E. Baldauf, Jr.

# EXHIBIT B-1

# STATEMENT

DepoTexas - Houston
13101 Northwest Freeway, Suite 210
Houston, TX  77040
Phone:281-469-5580   Fax:713-460-2525

| Account No. | Date |
|---|---|
| F15387 | 8/1/2013 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $980.66 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$980.66** |

Accounts Payable
The Webb Law Firm
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA  15222

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 6/24/2013 | 264339 | 980.66 | 6/11/2013 | James C. McGill - Confidential - Attorneys' Eyes Only | Macrosolve, Inc.  vs  Antenna Software, Inc., et al |

RECEIVED
THE WEBB LAW FIRM
AUG - 9 2013

Tax ID: 76-0328576

Phone: 412-471-8815   Fax:412-471-4094

*Please detach bottom portion and return with payment.*

Accounts Payable
The Webb Law Firm
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA  15222

Account No.  :  F15387
Date          :  8/1/2013

Total Due   :  **$ 980.66**

*Includes late fee of $55.51 not billed to client*

## PAYMENT WITH CREDIT CARD

AMEX   mastercard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **DepoTexas, Inc.**
          **13101 Northwest Freeway, Suite 210**
          **Houston, TX  77040**

# MERRILL CORPORATION
LegaLink, Inc.

One Merrill Circle
St. Paul, MN 55108
Phone: 800-000-000
Fax: 782-000-0000

RECEIVED
THE WEBB LAW FIRM

NOV 2 6 2013

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16061185 | 11/21/2013 | 1605-109194 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/15/2013 | LLA | 6:11-CV-287 |

| CASE CAPTION |
|---|
| Macrosolve, Inc. vs. Antenna Software, Inc. et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Bryan P. Clark
The Webb Law Firm
420 Ft. Duquesne Boulevard
Suite 1200
Pittsburgh, PA 15222

| | | |
|---|---|---|
| CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:<br>   Lucy Huo | | 1,175.92 |
| CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:<br>   Lee Cheng | | 612.90 |
| | TOTAL DUE >>>> | 1,788.82 |

Thank you.  Your business is appreciated.
For your convenience we accept Visa, MasterCard and American Express.
Call 1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, Central Time)

Deposition Location: Los Angeles, CA.

TAX ID NO.: 20-2665382                         (412) 227-3056   Fax (412) 471-4094

*Please detach bottom portion and return with payment.*

Bryan P. Clark
The Webb Law Firm
420 Ft. Duquesne Boulevard
Suite 1200
Pittsburgh, PA 15222

Invoice No.:  16061185
Date        :  11/21/2013
**TOTAL DUE** :  **1,788.82**

Job No.   :  1605-109194
Case No.  :  6:11-CV-287
Macrosolve, Inc. vs. Antenna Softwa

Remit To:   **LegaLink, Inc.**
**PO Box 277951**
**Atlanta, GA 30384**

# MERRILL CORPORATION
LegaLink, Inc.

One Merrill Circle
St. Paul, MN 55108
Phone: 800.648.9099
Fax: 651.209.0900

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16061174 | 11/20/2013 | 1606-109195 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/15/2013 | LLA | 6:11-CV-287 |

| CASE CAPTION |
|---|
| Macrosolve, Inc. vs. Antenna Software, Inc. et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

THE WEBB LAW FIRM
NOV 26 2013

Bryan P. Clark
The Webb Law Firm
420 Ft. Duquesne Boulevard
Suite 1200
Pittsburgh, PA 15222

| | | | | |
|---|---|---|---|---|
| COPY OF VIDEOTAPE RECORDING OF: | | | | |
| Lee Cheng | | | | .00 |
| COPY OF VIDEOTAPE RECORDING OF: | | | | |
| Lucy Huo | | | | .00 |
| Legalink Viewer | 6.50 Hours @ | 95.00/Hour | | 617.50 |
| LEF Creation | 2.00 Days @ | 25.00/Day | | 50.00 |
| Shipping & Handling | | | | 15.00 |
| | | TOTAL DUE >>>> | | 682.50 |

Thank you.  Your business is appreciated.
For your convenience we accept Visa, MasterCard and American Express.
Call 1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, Central Time)

Deposition Location: Los Angeles, CA.

TAX ID NO.: 20-2665382                               (412) 227-3056   Fax  (412) 471-4094

*Please detach bottom portion and return with payment.*

Bryan P. Clark
The Webb Law Firm
420 Ft. Duquesne Boulevard
Suite 1200
Pittsburgh, PA 15222

Invoice No.:  16061174
Date      :  11/20/2013
**TOTAL DUE :     682.50**

Job No.   :  1606-109195
Case No.  :  6:11-CV-287
Macrosolve, Inc. vs. Antenna Softwa

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**



5188- 120548

# MERRILL CORPORATION
LegaLink, Inc.

One Merrill Circle
St. Paul, MN 55108
Phone: 888.513.9800
Fax: 713.426.0600

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16060864 | 12/03/2013 | 1605-109196 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/16/2013 | LLA | 6:11-CV-287 |

| CASE CAPTION | | |
|---|---|---|
| Macrosolve, Inc. vs. Antenna Software, Inc. et al | | |

| TERMS | | |
|---|---|---|
| Immediate, sold FOB Merrill facility | | |

Bryan P. Clark
The Webb Law Firm
420 Ft. Duquesne Boulevard
Suite 1200
Pittsburgh, PA 15222

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Soren Mills                        75 Pages @        3.50/Page        262.50
        EXHIBITS                        6 Pages @         .25/Page          1.50
        Unedited ASCII (RT)         60.00 Pages @        1.15/Page         69.00
        TotalTranscript Exhibits    6.00 Pages @         .25/Page          1.50
        Delivery                                                          11.83

                                      TOTAL  DUE  >>>>                    346.33
```

Thank you.  Your business is appreciated.
For your convenience we accept Visa, MasterCard and American Express.
Call 1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, Central Time)

Deposition Location: Santa Monica, CA.

RECEIVED
THE WEBB LAW FIRM
DEC 0 9 2013

TAX ID NO.:  20-2665382                                    (412) 227-3056    Fax (412) 471-4094

# Veritext Chicago Reporting Company

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| **Bill To:** | Bryan Clark, Esq | **Invoice #:** | CHI1896695 |
|---|---|---|---|
| | Webb Law Firm | **Invoice Date:** | 11/15/2013 |
| | 420 Fort Duquesne Blvd. | **Balance Due:** | $1,039.70 |
| | Suite 1200 | | |
| | Pittsburgh, PA, 15222-2803 | | |

| | |
|---|---|
| **Case:** | Macrosolve, Inc v. Antenna Software, Inc, Et Al |
| **Job #:** | 1756114 | Job Date: 10/29/2013 | Delivery: Normal |
| **Billing Atty:** | Bryan Clark, Esq |
| **Location:** | Sweet Law Firm |
| | 9315 S. Toledo Ave | Suite B | Tulsa, OK 74137 |
| **Sched Atty:** | Bryan Clark, Esq | Webb Law Firm |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Michael C. Payne | Original Transcript | Page | 137.00 | $4.35 | $595.95 |
| | Attendance Fee | Hour | 4.00 | $60.00 | $240.00 |
| | Rough Draft | Page | 116.00 | $1.50 | $174.00 |
| | Shipping & Handling | Package | 1.00 | $29.75 | $29.75 |

| Notes: | | |
|---|---|---|
| | Invoice Total | $1,039.70 |
| | Payment | $0.00 |
| | Credit | $0.00 |
| | Interest | $0.00 |
| | Balance Due | $1,039.70 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| | | |
|---|---|---|
| **To pay online, go to** | **Please remit payment to:** | **Invoice #:** CHI1896695 |
| **www.Veritext.com** | **Veritext** | **Job #:** 1756114 |
| Veritext accepts all major credit cards | **P.O. Box 71303** | **Invoice Date:** 11/15/2013 |
| (American Express, Mastercard, Visa, Discover) | **Chicago IL 60694-1303** | **Balance:** $1,039.70 |

90928

## Veritext Chicago Reporting Company

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| Bill To: | Bryan Clark, Esq<br>Webb Law Firm<br>420 Ft. Duquesne Blvd<br>One Gateway Center, Suite 1200<br>Pittsburgh, PA, 15222 | | Invoice #: | CHI1896727 |
|---|---|---|---|---|
| | | | Invoice Date: | 11/15/2013 |
| | | | Balance Due: | $1,132.25 |

| | |
|---|---|
| **Case:** | Macrosolve, Inc v. Antenna Software, Inc, Et Al |
| **Job #:** | 1756114 \| Job Date: 10/29/2013 \| Delivery: Normal |
| **Billing Atty:** | Bryan Clark, Esq |
| **Location:** | Sweet Law Firm |
| | 9315 S. Toledo Ave \| Suite B \| Tulsa, OK 74137 |
| **Sched Atty:** | Bryan Clark, Esq \| Webb Law Firm |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Video - Transcript Synchronization | Per hour | 3.50 | $95.00 | $332.50 |
| Michael C. Payne | Video - Initial Fee | 1 | 1.00 | $305.00 | $305.00 |
| | Video - Additional Hours | Hour | 3.00 | $155.00 | $465.00 |
| | Shipping & Handling | Package | 1.00 | $29.75 | $29.75 |

| Notes: | | Invoice Total: | $1,132.25 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,132.25 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| **To pay online, go to**<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:**<br>**Job #:**<br>**Invoice Date:**<br>**Balance:** | **CHI1896727**<br>**1756114**<br>**11/15/2013**<br>**$1,132.25** |
|---|---|---|---|

90928

*Please Remit To:*
*MICHELE VEST, CSR*
*Nine East Fourth Street, Suite 902*
*Tulsa, Oklahoma 74103*
*(918) 745-0303 * 1-800-478-0349*

# Invoice

| INVOICE #: |
|---|
| 29963 |

| TAX ID or SSN#: | | DATE INVOICED: | DUE BY: |
|---|---|---|---|
| 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 | | 11/20/2013 | 12/20/2013 |

| BILL TO: | CASE CAPTION: |
|---|---|
| Mr. Bryan P. Clark<br>The Webb Law Firm<br>One Gateway Center<br>420 Ft. Duquesne Blvd., Ste. 1200<br>Pittsburgh, PA 15222 | Macrosalve, Inc.<br>vs.<br>Antenna Software, Inc., et al.<br>Case No.6:11-cv-287 |

| ITEM | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
| One Copy | KENDALL CARPENTER, taken on 11/12/13 (In E-Transcript format) | 99 | 153.45 |
| One Copy | JAMES MCGILL, VOL.I, taken on 11/12/13 (In E-Transcript format) (Technical Rate) | 105 | 183.75 |
| One Copy | JAMES MCGILL, VOL.II, taken on 11/13/13 (In E-Transcript format) (Technical Rate) | 80 | 140.00 |
| One Copy | JAMES MCGILL, 30(b)(6), taken on 11/13/13 (In E-Transcript format) (Technical Rate) | 131 | 229.25 |
| Exhibits | Exhibits: Carpenter 1-6, and 14, 4 / McGil, Vol.I 1-2, and 4,5,6 / MCGill, Vol.II 3-4 / McGill 30(b)(6) 19-35, and 3, 4, 15 (Scanned and sent with E-transcripts) | 480 | 120.00 |

| | | | |
|---|---|---|---|
| Please remit to above address and court reporter. It's been a pleasure working with you. Your prompt payment is greatly appreciated. | **Total** | | 826.45 |

**Please Remit To:**
**Jim Langlois**
**Nine East Fourth Street, Suite 902**
**Tulsa, Oklahoma 74103**
**(918) 745-0303 * 1-800-478-0349**

# Invoice

| TAX ID or SSN#: | INVOICE#: |
|---|---|
| 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 | 29968 |
| DATE INVOICED: | DUE BY: |
| 11/25/2013 | 12/25/2013 |

| BILL TO: | CASE CAPTION |
|---|---|
| Mr. Bryan P. Clark<br>The Webb Law Firm<br>One Gateway Center<br>420 Ft. Duquesne Blvd., Ste. 1200<br>Pittsburgh, PA 15222 | Macrosolve, Inc.<br>vs.<br>Antenna Software, Inc.<br>Case No.: 6:11-cv-287 |

| ITEM | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
| Video Copy (s) | Mpeg-1 files of KENDALL CARPENTER, JAMES MCGILL, VOL.I&II, and JAMES MCGILL 30(b)(6)<br>(9 Mpeg-1 files total) (Video Synch included) | 9 | 450.00 |
| Postage | Postage | 1 | 5.50 |

RECEIVED
THE WEBB LAW FIRM
NOV 2 9 2013

Please note that video invoices need to be paid separately! Please remit to above address and videographer. It's been a pleasure working with you. Your prompt payment is greatly appreciated

**Total**        455.50

**Please Remit To:**
**MICHELE VEST, CSR**
**Nine East Fourth Street, Suite 902**
**Tulsa, Oklahoma 74103**
**(918) 745-0303  *  1-800-478-0349**

# Invoice

| INVOICE #: |
|---|
| 29998 |

| TAX ID or SSN#: | DATE INVOICED: | DUE BY: |
|---|---|---|
| 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 | 12/20/2013 | 1/19/2014 |

| BILL TO: | CASE CAPTION: |
|---|---|
| Mr. Bryan P. Clark<br>The Webb Law Firm<br>One Gateway Center<br>420 Ft. Duquesne Blvd., Ste. 1200<br>Pittsburgh, PA 15222 | Macrosolve<br>vs.<br>Antenna Software<br>Case No.: 6:11-cv-287 |

| ITEM | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
| Rough Draft | Rough Draft of KENDALL CARPENTER, taken on 12/11/13 | 133 | 133.00 |
| Rough Draft | Rough Draft of JAMES MCGILL, taken on 12/11/13 | 133 | 133.00 |
| Rough Draft | Rough Draft of JOHN C. HALE, taken on 12/13/13 | 140 | 140.00 |
| Original & One Copy | JOHN C. HALE, taken on 12/13/13 (O&1) (In E-Transcript format) (Rate includes fee for witness copy processing, and rush fee) (Technical rate) (Witness copy sent to Mr. Cooper) | 142 | 755.50 |
| One Copy | KENDALL CARPENTER, taken on 12/11/13 (In E-Transcript format) (Rush fee) | 132 | 237.60 |
| One Copy | JAMES MCGILL, taken on 12/11/13 (In E-Transcript format) (Technical and Rush fee) | 135 | 270.00 |
| One Copy | JOHN C. HALE, taken on 12/12/13 (In E-transcript format) (Rush and Technical fee) | 169 | 338.00 |

Page 1

*Please Remit To:*
**MICHELE VEST, CSR**
*Nine East Fourth Street, Suite 902*
*Tulsa, Oklahoma 74103*
*(918) 745-0303 * 1-800-478-0349*

# Invoice

| INVOICE #: |
|---|
| 29998 |

| TAX ID or SSN#: | DATE INVOICED: | DUE BY: |
|---|---|---|
| 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 | 12/20/2013 | 1/19/2014 |

| BILL TO: | CASE CAPTION: |
|---|---|
| Mr. Bryan P. Clark<br>The Webb Law Firm<br>One Gateway Center<br>420 Ft. Duquesne Blvd., Ste. 1200<br>Pittsburgh, PA 15222 | Macrosolve<br>vs.<br>Antenna Software<br>Case No.: 6:11-cv-287 |

| ITEM | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
| Exhibits | Exhibits: (O&1) to John C. Hale, taken on12/13/13 Ex.1-4 (Scanned and sent with E-Transcript and Original numbered tabs) | 57 | 14.25 |
| Exhibits | Exhibit Copies: Carpenter 7-16 / McGill 36-46 / Hale, taken on 12/12/13: 1-5 (Scanned and sent with E-Transcript) | 374 | 93.50 |

| | Total | 2,114.85 |
|---|---|---|

Please remit to above address and court reporter. It's been a pleasure working with you. Your prompt payment is greatly appreciated.

Page 2

*Please Remit To:*
*Jim Langlois*
*Nine East Fourth Street, Suite 902*
*Tulsa, Oklahoma 74103*
*(918) 745-0303 * 1-800-478-0349*

# Invoice

| TAX ID or SSN#: | INVOICE#: |
|---|---|
| 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 | 30001 |
| DATE INVOICED: | DUE BY: |
| 12/20/2013 | 1/19/2014 |

| BILL TO: | CASE CAPTION |
|---|---|
| Mr. Bryan P. Clark<br>The Webb Law Firm<br>One Gateway Center<br>420 Ft. Duquesne Blvd., Ste. 1200<br>Pittsburgh, PA 15222 | Macrosolve<br>vs.<br>Antenna Software<br>Case No.: 6:11-cv-287 |

| ITEM | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
| Video Copy (s) | MPEG-1 Files of KENDALL CARPENTER, taken on 12/11/13, JAMES MCGILL, taken on 12/11/13 (6 files total) | 6 | 300.00 |
| Video Deposition | Video Deposition of JOHN C. HALE, taken on 12/13/13 (5.5 hours total) (In MPEG-1 format) (MPEG-1 conversion rate added) (With Video Synch) | 5.5 | 657.50 |
| Postage | Postage | 1 | 5.25 |

Please note that video invoices need to be paid separately! Please remit to above address and videographer. It's been a pleasure working with you. Your prompt payment is greatly appreciated

**Total**      962.75

*Paid. 2-4-14*

**Veritext Chicago Reporting Company**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Kent Baldauf, Esq.<br>Webb Law Firm<br>420 Fort Duquesne Blvd.<br>Suite 1200<br>Pittsburgh, PA, 15222-2803 | **Invoice #:** CHI1941070<br>**Invoice Date:** 1/24/2014<br>**Balance Due:** $1,136.40 |

| | |
|---|---|
| **Case:** | Macrosolve, Inc v. Antenna Software, Inc, Et Al |
| **Job #:** | 1785847 \| Job Date: 1/3/2014 \| Delivery: Normal |
| **Billing Atty:** | Kent Baldauf, Esq. |
| **Location:** | OverMont Consulting |
| | 3100 Weslayan \| Suite 340 \| Houston, TX 77027 |
| **Sched Atty:** | Kent Baldauf, Esq. \| Webb Law Firm |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Justin R. Blok | Attendance Fee | Hour | 3.50 | $60.00 | $210.00 |
| | Rough Draft | Page | 120.00 | $1.50 | $180.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $42.50 | $42.50 |
| | Shipping & Handling | Package | 1.00 | $29.75 | $29.75 |
| | Original Transcript - Video/Expert | Page | 139.00 | $4.85 | $674.15 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,136.40 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,136.40 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

OK KSB

**RECEIVED**
**THE WEBB LAW FIRM**

FEB - 3 2014

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CHI1941070 |
| **Job #:** | 1785847 |
| **Invoice Date:** | 1/24/2014 |
| **Balance:** | $1,136.40 |

28

**MERRILL CORPORATION**

**LegaLink, Inc.**

One Merrill Circle
St. Paul, MN 55108
Phone: 888.513.9800
Fax: 713.426.0600

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16061675 | 01/27/2014 | 1605-109969 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/09/2014 | LLA | |

| CASE CAPTION | | |
|---|---|---|
| MacroSolve, Inc. v. Antenna Software, Inc | | |

| TERMS | | |
|---|---|---|
| Immediate, sold FOB Merrill facility | | |

Kent Baldauf
The Webb Law Firm
420 Ft. Duquesne Boulevard
Suite 1200
Pittsburgh, PA 15222

CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
   Sharon Gong

339.03

TOTAL  DUE  >>>>        339.03

Thank you.  Your business is appreciated.
For your convenience we accept Visa, MasterCard and American Express.
Call 1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, Central Time)

Deposition Location: Los Angeles, CA.

RECEIVED
THE WEBB LAW FIRM
FEB - 3 2014

TAX ID NO.: 20-2665382                                    (412) 227-3056    Fax (412) 471-4094

*Please detach bottom portion and return with payment.*

Kent Baldauf
The Webb Law Firm
420 Ft. Duquesne Boulevard
Suite 1200
Pittsburgh, PA 15222

Invoice No.:  16061675
Date       :  01/27/2014
TOTAL DUE  :     339.03

Job No.    :  1605-109969
Case No.   :
MacroSolve, Inc. v. Antenna Software

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

**Veritext Chicago Reporting Company**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Anthony W. Brooks | **Invoice #:** | CHI1957773 |
| The Webb Law Firm | **Invoice Date:** | 2/6/2014 |
| One Gateway Ctr. | **Balance Due:** | $1,821.50 |
| 420 F. Duquesne Blvd., Suite 1200 | | |
| Pittsburg, PA, 15222 | | |

| | |
|---|---|
| **Case:** | Macrosolve, Inc. v. Antenna Software, Inc., Et Al |
| **Job #:** | 1793048 | Job Date: 1/21/2014 | Delivery: Normal |
| **Billing Atty:** | Anthony W. Brooks |
| **Location:** | Likkel & Associates - Veritext Affiliate |
| | 720 Main St | Ste 213 | Mt Vernon, WA 98273 |
| **Sched Atty:** | Anthony W. Brooks | Webb Law Firm |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original Transcript | Page | 235.00 | $4.15 | $975.25 |
| | Attendance Fee | Hour | 6.50 | $75.00 | $487.50 |
| Brandon Burton | Rough Draft | Page | 191.00 | $1.50 | $286.50 |
| | CD Depo Litigation Package | Per CD | 1.00 | $42.50 | $42.50 |
| | Shipping & Handling | Package | 1.00 | $29.75 | $29.75 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,821.50 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,821.50 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information



| | | | |
|---|---|---|---|
| **To pay online, go to** | **Please remit payment to:** | **Invoice #:** | CHI1957773 |
| **www.Veritext.com** | **Veritext** | **Job #:** | 1793048 |
| Veritext accepts all major credit cards | **P.O. Box 71303** | **Invoice Date:** | 2/6/2014 |
| (American Express, Mastercard, Visa, Discover) | **Chicago IL 60694-1303** | **Balance:** | $1,821.50 |

03878

# Veritext Chicago Reporting Company

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



**Bill To:** Anthony W. Brooks
Webb Law Firm
420 Fort Duquesne Blvd.
Suite 1200
Pittsburgh, PA, 15222-2803

| | |
|---|---|
| **Invoice #:** | CHI1958637 |
| **Invoice Date:** | 2/6/2014 |
| **Balance Due:** | $1,614.75 |

| | |
|---|---|
| **Case:** | Macrosolve, Inc. v. Antenna Software, Inc., Et Al |
| **Job #:** | 1793048 | Job Date: 1/21/2014 | Delivery: Normal |
| **Billing Atty:** | Anthony W. Brooks |
| **Location:** | Likkel & Associates - Veritext Affiliate |
| | 720 Main St | Ste 213 | Mt Vernon, WA 98273 |
| **Sched Atty:** | Anthony W. Brooks | Webb Law Firm |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Brandon Burton | Video - Transcript Synchronization | Per hour | 4.50 | $95.00 | $427.50 |
| | Video - Initial Fee | 1 | 1.00 | $305.00 | $305.00 |
| | Video - Additional Hours | Hour | 5.50 | $155.00 | $852.50 |
| | Shipping & Handling | Package | 1.00 | $29.75 | $29.75 |

| | | |
|---|---|---|
| **Notes:** | **Invoice Total:** | $1,614.75 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,614.75 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information



| | | |
|---|---|---|
| **To pay online, go to www.Veritext.com** | **Please remit payment to:** Veritext P.O. Box 71303 Chicago IL 60694-1303 | **Invoice #:** CHI1958637 |
| Veritext accepts all major credit cards (American Express, Mastercard, Visa, Discover) | | **Job #:** 1793048 |
| | | **Invoice Date:** 2/6/2014 |
| | | **Balance:** $1,614.75 |

# INVOICE



**PLANET DEPOS**
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 67057 | 3/5/2014 | 50762 |

| Job Date | Case No. | |
|---|---|---|
| 2/5/2014 | 6:12-CV-287 | |

| Case Name | | |
|---|---|---|
| MacroSolve, Inc. -v- GEICO-Antenna Software, Inc., et al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Christian D. Ehret, Esquire
Webb Law Firm
420 Fort Duquesne Boulevard
Suite 1200
Pittsburgh, PA  15222

| TRANSCRIPT WITH INDEX OF: | | | |
|---|---|---|---|
| John Chandler Hale, Ph.D. | 328.00 Pages | | 967.60 |
| Exhibits | 352.00 Pages | | 88.00 |
| | **TOTAL DUE  >>>** | | **$1,055.60** |

Ordered By      :  MACROSOLVE -v- ANTENNA SOFTWARE (6:11-CV-287) - Webb
                   Webb Law Firm
                   420 Fort Duquesne Boulevard
                   Suite 1200
                   Pittsburgh, PA 15222

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

---

*Please detach bottom portion and return with payment.*

Christian D. Ehret, Esquire
Webb Law Firm
420 Fort Duquesne Boulevard
Suite 1200
Pittsburgh, PA  15222

| | | | | |
|---|---|---|---|---|
| Job No. | : 50762 | BU ID | : 21-OOT-R | |
| Case No. | : 6:12-CV-287 | | | |
| Case Name | : MacroSolve, Inc. -v- GEICO-Antenna Software, Inc., et al | | | |
| Invoice No. | : 67057 | Invoice Date | : 3/5/2014 | |
| **Total Due** | : **$1,055.60** | | | |

Remit To:   **Planet Depos**
            **405 East Gude Drive**
            **Suite 209**
            **Rockville, MD  20850**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE



**PLANET DEPOS**
We make it » happen.

888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 68048 | 3/5/2014 | 50763 |

| Job Date | Case No. | |
|---|---|---|
| 2/5/2014 | 6:12-CV-287 | |

| Case Name | | |
|---|---|---|
| MacroSolve, Inc. -v- GEICO-Antenna Software, Inc., et al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Christian D. Ehret, Esquire
Webb Law Firm
420 Fort Duquesne Boulevard
Suite 1200
Pittsburgh, PA 15222

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
   John Chandler Hale, Ph.D.

| | | |
|---|---|---|
| CD/DVD - First Set | 4.00 Disks | 380.00 |
| Shipping & Handling | | 35.00 |
| | **TOTAL DUE >>>** | **$415.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Christian D. Ehret, Esquire
Webb Law Firm
420 Fort Duquesne Boulevard
Suite 1200
Pittsburgh, PA 15222

| | | | |
|---|---|---|---|
| Job No. | : 50763 | BU ID | : 22-OOT-V |
| Case No. | : 6:12-CV-287 | | |
| Case Name | : MacroSolve, Inc. -v- GEICO-Antenna Software, Inc., et al | | |
| Invoice No. | : 68048 | Invoice Date | : 3/5/2014 |
| **Total Due** | **: $ 415.00** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:           Phone#:
Billing Address:
Zip:         Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Planet Depos**
       **405 East Gude Drive**
       **Suite 209**
       **Rockville, MD 20850**

# EXHIBIT B-2



# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | **1156256** |
| INVOICE DATE: | **09/04/12** |
| CUSTOMER ID: | **1364** |
| CliCKS W.O. NUMBER: | **1826EVA** |

411 Seventh Avenue, Suite 1204
Pittsburgh, Pennsylvania 15219
412-261-4233 • Fax: 412-261-4422

| BILL TO:<br>PURCHASER | **The Webb Law Firm**<br>One Gateway Center Suite1200<br>Pittsburgh PA 15222 | MAIN<br>PHONE: | **412-471-8815** |
|---|---|---|---|
| CLIENT<br>REFERENCE: | **5188-120548** | DIRECT<br>PHONE: | |
| DELIVER TO: | **Jody M. Nelson Burgess** | DELIVERY<br>TIME: | **4:00 PM** |
| DELIVERY<br>INSTRUCTIONS: | | DELIVERY<br>DATE: | **09/04/12** |

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| S2 | ESI Processing(w/metadata)<br>$475/GB @ 4.74GB | 4.74 @ | $475.00000 | = | $2,251.50 |
| ~~T1~~ | ~~OCR~~<br>~~474 total pages~~ | ~~474 @~~ | ~~$0.00000~~ | ~~=~~ | ~~$0.42~~ |
| V3 | Delivered on a Hard Drive-no charge | | | | |

\* INDICATES ITEM IS TAX EXEMPT

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid.  After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower.  In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $2,254.92 |
| SALES TAX: | $175.38 |

| for payment received **ON or BEFORE 10/19/12**<br>pay Discounted Total: | **$2,430.30** |
|---|---|
| 1364<br>1156256 | |
| for payment received **AFTER 10/19/12**<br>pay Total: | **$2,680.85** |

X _D. Marji_     TIME DELIVERED:

Please REMIT FROM THIS INVOICE to:

**CliCKS - Dept 001**
**320 Ft Duquesne Blvd, Ste 300**
**Pittsburgh, PA 15222**

Pay by credit card or other
payment questions: 800-776-9569

Marcus Uppe, Inc. dba CliCKS     EIN: 25-1658622     20120904:DS:1319     25055 MDK



# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | **1156371** |
| INVOICE DATE: | **09/11/12** |
| CUSTOMER ID: | **1364** |
| CliCKS W.O. NUMBER: | **1100MDK** |

411 Seventh Avenue, Suite 1204
Pittsburgh, Pennsylvania 15219
412-261-4233 • Fax: 412-261-4422

| | | | |
|---|---|---|---|
| **BILL TO: PURCHASER** | **The Webb Law Firm** | MAIN PHONE: | **412-471-8815** |
| | One Gateway Center Suite1200 | | |
| | Pittsburgh PA 15222 | | |
| **CLIENT REFERENCE:** | **5188-120548** | DIRECT PHONE: | |
| **DELIVER TO:** | **Jody M. Nelson Burgess** | DELIVERY TIME: | **4:00 PM** |
| **DELIVERY INSTRUCTIONS:** | | DELIVERY DATE: | **09/11/12** |

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| T2 | Endorse<br>9,302 total pages | 9,302 @ | $0.01000 | = | $93.02 |
| ~~T4~~ | ~~Remove Selected Documents from Production~~<br>~~$90/hr 1 hr~~ | ~~1 @~~ | ~~$90.00000~~ | ~~=~~ | ~~$90.00~~ |
| V3 | DVD Creation<br>2 dvds x 2 sets (Summation & Concordance) | 4 @ | $15.00000 | = | $60.00 |

\* INDICATES ITEM IS TAX EXEMPT

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $233.02 |
| SALES TAX: | $18.12 |

| for payment received **ON or BEFORE 10/26/12**<br>pay Discounted Total: | **$251.14** |
|---|---|
| for payment received **AFTER 10/26/12**<br>1364<br>1156371   pay Total: | **$277.03** |

X _____    TIME DELIVERED: _____

Marcus Uppe, Inc. dba CliCKS    EIN: 25-1658622

20120911:DS:1226    2589 MDK

### Please REMIT FROM THIS INVOICE to:

**CliCKS · Dept 001**
**320 Ft Duquesne Blvd, Ste 300**
**Pittsburgh, PA 15222**

Pay by credit card or other
payment questions: 800-776-9569



# CliCKS
# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | **1156667** |
| INVOICE DATE: | **10/01/12** |
| CUSTOMER ID: | **1364** |
| CliCKS W.O. NUMBER: | 1115DA |

411 Seventh Avenue, Suite 1204
Pittsburgh, Pennsylvania 15219
412-261-4233 · Fax: 412-261-4422

| BILL TO: PURCHASER | **The Webb Law Firm** | MAIN PHONE: | **412-471-8815** |
|---|---|---|---|
| | One Gateway Center Suite1200 | | |
| | Pittsburgh PA 15222 | | |
| CLIENT REFERENCE: | **5188-120548** | DIRECT PHONE: | |

| DELIVER TO: | **Jody M. Nelson Burgess** | DELIVERY TIME: | **4:00 PM** |
|---|---|---|---|
| DELIVERY INSTRUCTIONS: | | DELIVERY DATE: | 10/01/12 |

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| V2 | Convert PDF to TIFF 90 total pages | 90 @ | $0.03000 | = | $2.70 |
| ~~T2~~ | ~~Manual Redactions (Remove existing bates)~~ ~~1.5 hrs @ $90/hr~~ | ~~1.5 @~~ | ~~$90.00000~~ | | ~~$135.00~~ |
| T2 | Endorse 1,350 total pages | 1,350 @ | $0.01000 | = | $13.50 |
| ~~T1~~ | ~~OCR~~ ~~1,202 total~~ | ~~1,202 @~~ | ~~$0.03000~~ | | ~~$97.86~~ |
| ~~T4~~ | ~~Technical Time (Create Multi pages tiffs from existing single pg tiffs) .5 @ $90/hr~~ | ~~.5 @~~ | ~~$90.00000~~ | | ~~$18.00~~ |
| V3 | CD Creation (NEW_MAC003) 1 Summ 1 Concordance | 2 @ | $8.95000 | = | $17.90 |

**\* INDICATES ITEM IS TAX EXEMPT**

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $231.96 |
| SALES TAX: | $18.04 |

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the full Total of the Invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| for payment received **ON or BEFORE 11/15/12** pay Discounted Total: | **$250.00** |
|---|---|
| for payment received **AFTER 11/15/12** pay Total: | **$275.77** |
| 1364 1156667 | |

X _(signature)_

| TIME DELIVERED: | |
|---|---|

**Please REMIT FROM THIS INVOICE to:**

**CliCKS - Dept 001**
**320 Ft Duquesne Blvd, Ste 300**
**Pittsburgh, PA 15222**

**Pay by credit card or other payment questions: 800-776-9569**

Marcus Uppe, Inc. dba CliCKS   EIN: 25-1658622          20121001:DS:0952    2577 MDK



# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | 1156809 |
| INVOICE DATE: | 10/10/12 |
| CUSTOMER ID: | 1364 |
| CIiCKS W.O. NUMBER: | 1202MDK |

411 Seventh Avenue, Suite 1204
Pittsburgh, Pennsylvania 15219
412-261-4233 · Fax: 412-261-4422

| BILL TO: PURCHASER | **The Webb Law Firm** One Gateway Center Suite1200 Pittsburgh PA 15222 | MAIN PHONE: | 412-471-8815 |
|---|---|---|---|
| CLIENT REFERENCE: | **5188-120548** | DIRECT PHONE: | |

| DELIVER TO: | **Jody M. Nelson Burgess** | DELIVERY TIME: | 4:00 PM |
|---|---|---|---|
| DELIVERY INSTRUCTIONS: | | DELIVERY DATE: | 10/10/12 |

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| T4 | Load File Creation(Hourly) | 3 @ | $80.00000 | = | $240.00 |
| V3 | DVD Creation 3 DVDs total | 3 @ | $15.00000 | = | $45.00 |

\* INDICATES ITEM IS TAX EXEMPT

**Payment terms are 30 Days**

During this time, or during an additional 15-day grace period, the Discounted Total may be paid.  After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower.  In any action taken to collect amounts due and owing to CIiCKS, CIiCKS shall be entitled to recover, and customer agrees to pay, CIiCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $285.00 |
| SALES TAX: | $22.17 |

| for payment received **ON or BEFORE 11/24/12** pay Discounted Total: | **$307.17** |
|---|---|
| for payment received **AFTER 11/24/12** 1364 1156809 pay Total: | **$338.84** |

| X ~~D. Murry~~ | TIME DELIVERED: ~~10/18/1~~ |
|---|---|

Please REMIT FROM THIS INVOICE to:

**CIiCKS · Dept 001
320 Ft Duquesne Blvd, Ste 300
Pittsburgh, PA 15222**

**Pay by credit card or other
payment questions: 800-776-9569**

Marcus Uppe, Inc. dba CIiCKS    EIN: 25-1658622    20121010:TI:0951    3167 MDK



# INVOICE

| | |
|---|---|
| INVOICE DATE: | **10/10/13** |

411 Seventh Avenue, Suite 1204
Pittsburgh, Pennsylvania 15219
412-261-4233 · Fax: 412-261-4422

| | |
|---|---|
| CUSTOMER ID: | **1364** |
| CLiCKS W.O. NUMBER: | **1245MDK** |

SUBMITTED TO ACCOUNTING
ON 10.16.2013 by Michael Vertullo

| | | | |
|---|---|---|---|
| **BILL TO/ PURCHASER** | **The Webb Law Firm** One Gateway Center Suite1200 Pittsburgh PA 15222 | MAIN PHONE: | 412-471-8815 |
| **CLIENT. REFERENCE:** | 5188-120548 | DIRECT PHONE: | |
| **DELIVER TO:** | **Michael Vertullo** | DELIVERY TIME: | **4:00 PM** |
| **DELIVERY INSTRUCTIONS:** | flash drive sent 9/18 | DELIVERY DATE: | **10/10/13** |

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| S2 | ESI Processing - Conversion w\ Text 203 MB - 2170 images | 2,170 @ | $0.07000 | = | $151.90 |
| T2 | Image Endorse 2170 images | 2,170 @ | $0.01000 | = | $21.70 |
| V3 | DVD Creation ( Vol001 ) 1 dvd | 1 @ | $10.00000 | = | $10.00 |
| T2 | NEW_MAC010654 - NEW_MAC012823 | | | | |

\* INDICATES ITEM IS TAX EXEMPT

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $183.60 |
| SALES TAX: | $14.28 |

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CLiCKS, CLiCKS shall be entitled to recover, and customer agrees to pay, CLiCKS' counsel fees, including contingency fees, and costs of suit. Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| for payment received **ON or BEFORE 11/24/13** pay Discounted Total: | **$197.88** |
| for payment received **AFTER 11/24/13** 1364 pay Total: 1161722 | **$218.28** |

x _Phyllis M. Taranto_

| | |
|---|---|
| TIME DELIVERED: | |

Please REMIT FROM THIS INVOICE to:

**CLiCKS - Dept 001
320 Ft Duquesne Blvd, Ste 300
Pittsburgh, PA 15222**

**Pay by credit card or other payment questions: 800-776-9569**

Marcus Uppe, Inc. dba CLiCKS    EIN: 25-1658622        20131015:SK:1828    2040 MDK





*Summary to*
*Accounting invoice 11/21/13*
*M/V.*

| | |
|---|---|
| INVOICE NUMBER: | **1162270** |
| INVOICE DATE: | **11/21/13** |
| CUSTOMER ID: | **1364** |
| CliCKS W.O. NUMBER: | 1356MDK |

411 Seventh Avenue, Suite 1204
Pittsburgh, Pennsylvania 15219
412-261-4233 · Fax: 412-261-4422

| | | | |
|---|---|---|---|
| BILL TO: PURCHASER | **The Webb Law Firm** | MAIN PHONE: | 412-471-8815 |
| | One Gateway Center Suite1200 | | |
| | Pittsburgh PA 15222 | | |
| CLIENT REFERENCE: | **5188-120548** | DIRECT PHONE: | 412-471-8815 |
| DELIVER TO: | **Bryan P. Clark** | DELIVERY TIME: | **4:00 PM** |
| DELIVERY INSTRUCTIONS: | | DELIVERY DATE: | **11/21/13** |

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| ~~S2~~ | ~~ESI Processing ( Intake ) prep for searches~~ ~~42.2 GB of data~~ | ~~42.2 @~~ | ~~$65.00000~~ | | ~~$2,743.00~~ |
| ~~S2~~ | ~~ESI Processing ( Native Review )~~ ~~1 GB of data~~ | ~~1 @~~ | ~~$250.00000~~ | | ~~$250.00~~ |
| S2 | ESI Processing ( Image Production ) 1.37 GB | 1.37 @ | $450.00000 | = | $616.50 |
| T2 | Image Endorse ( Image Production ) 48,652 images - start w\ NEW_MAC012832 | 48,652 @ | $0.01000 | = | $486.52 |
| V3 | CD Creation ( Vol002 ) | | | | |

\* INDICATES ITEM IS TAX EXEMPT

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the full Total of the Invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit. Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $4,096.02 |
| SALES TAX: | $318.58 |

| | |
|---|---|
| for payment received **ON or BEFORE 01/05/14** pay Discounted Total: | **$4,414.60** |
| for payment received **AFTER 01/05/14** pay Total: | **$4,869.71** |

1364
1162270

X _D. Murry_

TIME DELIVERED: _4:45_

### Please REMIT FROM THIS INVOICE to:
**CliCKS · Dept 001**
**320 Ft Duquesne Blvd, Ste 300**
**Pittsburgh, PA 15222**

Pay by credit card or other payment questions: 800-776-9569

Marcus Uppe, Inc. dba CliCKS   EIN: 25-1658622      20131121;SK:1112   45511 MDK

# EXHIBIT B-3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

MACROSOLVE, INC., §
§
Plaintiff, §
§
v. § NO. 6:11cv287 MHS-KNM
§
ANTENNA SOFTWARE, INC., et al, § PATENT CASE
§
Defendant. §

## ORDER TO PAY TECHNICAL ADVISOR

Previously, the Court appointed Scott Woloson as technical consultant to the Court in this action with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. The Court has received Mr. Woloson's invoice for services through September 26, 2013 in the amount of $22,873.94 and hereby **ORDERS** payment to be promptly made to Mr. Woloson at 1431 Wirt Road #141, Houston, TX 77055 as follows:

| | |
|---|---|
| Plaintiff: | $11,436.97 |
| Defendant: | $11,436.97 |
| Total: | $22,873.94 |

As there are multiple Defendants in this matter, the Court further **ORDERS** Newegg, Inc. to collect each Defendant's portion of the payment and make a single collective payment to Mr. Woloson in the amount of $11,436.97.

So ORDERED and SIGNED this 30th day of September, 2013.

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MACROSOLVE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 6:11-cv-287 |
| | § | |
| ANTENNA SOFTWARE, INC. et al., | § | |
| | § | |
| Defendant. | § | |

## ORDER TO PAY TECHNICAL ADVISOR

Previously, the Court appointed Scott Woloson as technical consultant to the Court in this

action with his costs to be assessed equally between Plaintiff and Defendants and timely paid as

billed.  The Court has received Mr. Woloson's invoice for services through January 22, 2014 in

the amount of $712.50 and herby **ORDERS** payment to be promptly made to Mr. Woloson at the

Law Office of Scott Woloson, P.C., 1431 Wirt Road #141, Houston, TX 77055 as follows:

| | |
|---|---|
| Plaintiff: | $356.25 |
| Defendants: | $356.25 |
| Total: | $712.50 |

As there are multiple Defendants in this matter, the Court further **ORDERS** Newegg, Inc.

to collect each Defendant's portion of the payment and make a single collective payment to Mr.

Woloson in the amount of $356.25.

So ORDERED and SIGNED this 22nd day of January, 2014.

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE